IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| CHRISTINE SENEY, *ET AL.* : | |
| Plaintiffs, : | Civil Action No. |
| vs. : | **JKB 12 CV 2347** |
| RENT-A-CENTER, INC., *ET AL.* : | |
| Defendants. : | |

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2012 AUG -7 PM 3: 35 CLERK'S OFFICE AT BALTIMORE BY____DEPUTY*

## NOTICE OF REMOVAL

Defendants Rent-A-Center, Inc. and Rent-A-Center East, Inc. ("Rent-A-Center"), by and through undersigned counsel, timely file this Notice of Removal pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 2301 *et seq.*, 28 U.S.C. §1441 and District of Maryland Local Rule 103.5(a), removing the above-captioned action to the United States District Court for the District of Maryland from the State of Maryland, Circuit Court for Kent County, and aver as follows:

1. The above-captioned action was commenced by plaintiffs in the State of Maryland, Circuit Court for Kent County. A true and correct copy of plaintiffs' Complaint is attached hereto as Exhibit "A."

2. Rent-A-Center received a summons and plaintiffs' Complaint on July 11, 2012. A true and correct copy of the summons is attached hereto as Exhibit "B."

3. Plaintiffs served Interrogatories and Requests for Production of Documents along with their Complaint. Plaintiffs also served a Certificate Regarding Discovery relative to the Interrogatories and Requests for Production of Documents. Those papers are attached hereto collectively as Exhibit "C."

441445v.1

4. The Complaint involves a single count pursuant to the Federal Trade Commission Improvement Act, 15 U.S.C. § 2301 *et seq.* ("Magnuson-Moss Warranty Act").

5. Plaintiffs' Complaint demands $300,000.00, which allegedly consists of property damage, personal injuries and economic loss pursuant to 15 U.S.C. §2310(d).

6. This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. §1441. Furthermore, the amount in controversy in this case meets the threshold $50,000 federal jurisdictional requirement for a Magnuson-Moss Warranty Act claim as specified at 15 U.S.C. § 2310(d)(3)(B).

7. This Notice of Removal is being filed within thirty (30) days of defendants' receipt of the Complaint as required by 28 U.S.C. §1446(b).

8. No pleadings, process or orders other than the Complaint, Interrogatories, Requests for Production of Documents and Certificate Regarding Discovery have been served and therefore no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. §1446(a) and District of Maryland Local Rule 103(5)(b).

9. All fees required by law in connection with this notice have been filed by Rent-A-Center.

**WHEREFORE**, Defendant Rent-A-Center, Inc. and Rent-A-Center East, Inc. remove the above-captioned matter now pending in the State of Maryland, Circuit Court for Kent County, to the United States District Court for the District of Maryland.

Dated:   August 7, 2012.

441445v.1

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____
James C. Mehigan (MD Fed. Bar No. 12977)
Peter A. Coleman (MD Fed. Bar No. 17692)
500 East Pratt Street, Suite 600
Baltimore, Maryland 21202-3173
Tel. 410-539-1800
Fax. 410-962-8758
james.mehigan@wilsonelser.com
peter.coleman@wilsonelser.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel for defendants certifies that on August 7, 2012, a true and correct copy of the foregoing was served by certified mail, return receipt requested, to the following:

Daniel W. Whitney, Esquire
Jeffrey C. Shipley, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204
*Attorneys for Plaintiffs*

_____
Peter A. Coleman (MD Fed. Bar No. 17692)

441445v.1