IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| **CHRISTINE SENEY** *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO.  JKB-12-2347 |
| **RENT-A-CENTER, INC.,** *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, it is hereby ORDERED:

1. Defendants' Petition to Enforce Arbitration Agreement and to Dismiss Case (ECF No. 7) is GRANTED;

2. This case is DISMISSED WITH PREJUDICE;

3. The Clerk shall CLOSE the case.

DATED this 18th day of December, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge